**FILED**
CLERK, U.S. DISTRICT COURT

02/03/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JG/ML___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KRISTOPHER CHASE MALILAY,<br><br>                Defendant. | No. CR 23-427-GW-2<br><br>**DEFENDANT'S LETTER TO COURT** |

Dear Judge Wu

- I want to thank you for yours and the Courts patience, and I want express my sincere feelings of remorse not only to my family but also to my community.

- I have had alot of time to reflect on my actions and mistakes that have landed me where I'am today. Since my incarceration I have desided I will take proactive steps to turn my life around and better myself for not only myself but the sake of my loved ones.

- I take full responsibilty for my actions and behavior, and I do relize the real gravity of this situation when I'am released I'am going to commit myself to my own personal growth and I ask for the opportunity to show I can be a productive member of society...